```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
M.S., ET AL.,

                Plaintiffs,         25-cv-5849 (JGK)

    - against -                  <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 26, 2025.

SO ORDERED.

Dated:    New York, New York
            November 11, 2025

                                        John G. Koeltl
                                  United States District Judge