UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.S., et al,

                       Plaintiff(s)

         -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
                       Defendant(s).
------------------------------------------------------------X

25 civ 5849 (JGK)

**ORDER**

The conference scheduled for Tuesday, November 18, 2025, at 3:00pm, is cancelled.

**SO ORDERED.**

                                                         **JOHN G. KOELTL**
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
            November 12, 2025